IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-01956-WYD-BNB

ANGELA HAYNES,

Plaintiff,

v.

POUDRE ALLEY HEALTH CARE, INC., d/b/a Poudre Valley Hospital,

Defendant.

_____

## ORDER
_____

The parties appeared this morning for a final pretrial conference. The proposed final pretrial order was refused for the reasons stated on the record.

IT IS ORDERED that the parties shall submit on or before **November 16, 2010**, a revised proposed final pretrial order, modified as discussed this morning.

Dated November 8, 2010.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge