IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01956-WYD-BNB

ANGELA HAYNES,

    Plaintiff,

v.

POUDRE VALLEY HEALTH CARE, INC., d/b/a POUDRE VALLEY HOSPITAL,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Defendant's Motion for Leave to File Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6), filed March 9, 2011 [ECF No. 53] is **GRANTED**, and Defendant may file the proposed motion to dismiss attached to the motion for leave as Exhibit 1.

    Dated:  March 9, 2011.